IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ward, Virgil | Case Number: 06 B 07411 |
|---|---|---|
| | Ward, Taunja S | Judge: Hollis, Pamela S |
| | Printed: 9/3/08 | Filed: 6/23/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 17, 2008
Confirmed: October 23, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 54,144.35 | |
| Secured: | | 39,300.82 |
| Unsecured: | | 8,045.84 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 2,805.59 |
| Other Funds: | | 1,992.10 |
| Totals: | 54,144.35 | 54,144.35 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Martin J O'Hearn | Administrative | 2,000.00 | 2,000.00 |
| 2. | GRP Financial Services Corporation | Secured | 12,527.73 | 12,527.73 |
| 3. | Great American Finance Company | Secured | 521.91 | 521.91 |
| 4. | USA One National Credit Union | Secured | 13,516.08 | 13,516.08 |
| 5. | HSBC Auto Finance | Secured | 9,084.07 | 9,084.07 |
| 6. | GRP Financial Services Corporation | Secured | 28,959.05 | 3,651.03 |
| 7. | ECast Settlement Corp | Unsecured | 144.63 | 289.25 |
| 8. | USA One National Credit Union | Unsecured | 0.00 | 0.00 |
| 9. | HSBC Auto Finance | Unsecured | 2,267.17 | 4,534.34 |
| 10. | AmeriCash Loans, LLC | Unsecured | 136.43 | 272.86 |
| 11. | Knowledge Learning Corp | Unsecured | 363.75 | 727.50 |
| 12. | Great American Finance Company | Unsecured | 0.00 | 0.00 |
| 13. | CB USA | Unsecured | 493.11 | 986.22 |
| 14. | Midland Credit Management | Unsecured | 75.36 | 150.72 |
| 15. | RJM Acquisitions LLC | Unsecured | 61.74 | 123.48 |
| 16. | St James Hospital | Unsecured | 480.74 | 961.47 |
| 17. | Wisconsin Dept Of Child Support | Priority | | No Claim Filed |
| 18. | Christ Hospital | Unsecured | | No Claim Filed |
| 19. | Scheck & Siress Inc | Unsecured | | No Claim Filed |
| 20. | Advocate Health Care | Unsecured | | No Claim Filed |
| 21. | Dish Network | Unsecured | | No Claim Filed |
| 22. | Advocate Christ Hospital | Unsecured | | No Claim Filed |
| 23. | Capital One | Unsecured | | No Claim Filed |
| 24. | Caremark | Unsecured | | No Claim Filed |
| 25. | T Mobile USA | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ward, Virgil  
Ward, Taunja S  
Printed: 9/3/08

Case Number: 06 B 07411  
Judge: Hollis, Pamela S  
Filed: 6/23/06

| | | | | |
|---|---|---|---|---|
| 26. | Suburban Heights Medical Cente | Unsecured | | No Claim Filed |
| 27. | Craig Claim Management | Unsecured | | No Claim Filed |
| 28. | Homewood Community Academy | Unsecured | | No Claim Filed |
| 29. | Emergency Care Health Organization | Unsecured | | No Claim Filed |
| 30. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 31. | Kedzie Avenue Depot Federal Credit Union | Unsecured | | No Claim Filed |
| 32. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 33. | Knowledge Learning Corp | Unsecured | | No Claim Filed |
| 34. | Nicor Gas | Unsecured | | No Claim Filed |

$ 70,631.77          $ 49,346.66

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 842.48 |
| 5.4% | 1,403.78 |
| 6.5% | 559.33 |
| | $ 2,805.59 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

